PS 42
(Rev 07/93)

**RECEIVED**
SEP 3 0 2005
U.S. PROBATION
OFFICE RICHLAND

**United States District Court**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 7 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Danielle Renee Price** | ) | Case No. 2:05CR006015-LRS |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Danielle Price, have discussed with Curtis G. Hare, Pretrial Services/Probation Officer, modification of my release as follows:

You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   9-22-05   _____   Sep 23, 2005
Signature of Defendant        Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   9-27-05
Signature of Defense Counsel   Date

[✓]  The above modification of conditions of release is ordered, to be effective on _this date_

[ ]  The above modification of conditions of release is <u>not</u> ordered.

_____   10/27/05
Signature of Judicial Officer   Date