PROB 12B
(7/93)

Report Date: June 15, 2006

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 19 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Danielle Renee Price | Case Number: 2:05CR06015-001 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko | |
| Date of Original Sentence: 1/5/2006 | Type of Supervision: Probation |
| Original Offense: Concealing Escaped Prisoner, 18 U.S.C. § 1072 | Date Supervision Commenced: 1/5/2006 |
| Original Sentence: Probation - 36 Months | Date Supervision Expires: 1/4/2009 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   Convert the defendant's last 30 days of Community Corrections Center placement to 30 days home confinement with electronic monitoring.

## CAUSE

Ms. Price has been serving 6 month term at the CCC and has been in compliance with all requested of her. It is requested that the final 30 days of CCC be converted to 30 days home confinement to allow more structure and monitoring to Ms. Price's return to the community.

Respectfully submitted,

by /s/ Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer
Date: June 15, 2006

RECEIVED
JUN 1 2006
CLERK, U.S. DISTRICT COURT
YAKIMA, WA

Prob 12B
**Re: Price, Danielle Renee**
**June 15, 2006**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[X]   The Extension of Supervision as Noted Above
      The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

6/19/06
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WASHINGTON

Name: __Danielle Renee Price__          Docket No.: __2:05CR06015-LRS__

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Convert the defendant's last 30 of community corrections center placement to 30 days home confinement with electronic monitoring.

Witness: _____          Signed: _____
        U.S. Probation Officer                    Probationer or Supervised Releasee

                                         __6-7-06__
                                          DATE