PROB 12B
(7/93)

Report Date: May 2, 2007

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 4 2007

JAMES R LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Danielle Renee Price                    Case Number: 2:05CR06015-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 1/5/2006                    Type of Supervision: Supervised Release

Original Offense: Concealing Escaped Prisoner, 18          Date Supervision Commenced: 4/4/2007
U.S.C. § 1072

Original Sentence: Probation - 36 Months                   Date Supervision Expires: 4/3/2008

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21      You shall reside in a residential reentry center for a period of up to 180 days. You shall not be entitled to
        the benefits of the prerelease component. You shall abide by the rules and requirements of the facility.
        You shall remain at the facility until discharged by the Court.

## CAUSE

Ms. Price was released from BOP custody on April 4, 2007. The defendant did not report to the U.S. Probation
Office until April 11, 2007. Ms. Price admitted to using methamphetamine and cocaine Apirl 4 through April 10,
2007. The defendant also failed to submit for urine drug testing on April 16, 2007, April 24, 2007, and April 26,
2007. Ms. Price does not have a stable residence. She is working through the ADATSA program for substance abuse
treatment.

Respectfully submitted,

by      _____
        Curtis G. Hare
        US Probation Officer/EM Specialist
        Date: May 2, 2007

Prob 12B
**Re:  Price, Danielle Renee**
**May 2, 2007**
**Page 2**


THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

_____
5/4/07
Date

PKOB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21   You shall reside in a residential reentry center for a period of up to 180 days.  You shall not be entitled to the benefits of the prerelease component.  You shall abide by the rules and requirements of the facility.  You shall remain at the facility until discharged by the Court.

Witness: _____          Signed: _____
                    Curtis G. Hare                                                Danielle Renee Price
                 U.S. Probation Officer                              Probationer or Supervised Releasee

                              May 2, 2007
                                  Date